IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WANDA WILSON                                                                                    PLAINTIFF

v.                          Civil No. 08-4103

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## O R D E R

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 12th day of November 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI'
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)